# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**KAREN FELD**

**FILED**

**MAY 2 3 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

v.                                              Civil Action 08-1557 (ESH)

**KENNETH FELD**

## Jury Note

As of 4:30 pm we have not come to a decision + will need to adjourn until tomorrow

DATE 5/23/11

TIME 4:30 pm

FOREPERSON