UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 24 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**KAREN FELD**

v.  Civil Action 08-1557 (ESH)

**KENNETH FELD**

## Jury Note

WE HAVE REACHED A VERDICT.

NEED A FEW MINUTES TO CLEAN UP.

_5/24/11_
DATE

_12:40 am_
TIME

_[signature]_
FOREPERSON