UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
MAY 24 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KAREN FELD, )
)
Plaintiff, )
)
v. ) Civil Action No. 08-1557 (ESH)
)
KENNETH FELD, )
)
Defendant. )

## JURY FORM

I. **ASSAULT AND BATTERY**

    A. Has Karen Feld proven by a preponderance of the evidence that the security guard(s) (Jeffrey Bilyeu and/or Michael Davis) assaulted her?

        _____ YES        __X__ NO

    B. Has Karen Feld proven by a preponderance of the evidence that the security guard(s) committed battery against her?

        _____ YES        __X__ NO

        **If you answered "Yes" to either Question I.A or Question I.B, please go on to Question I.C.**
        **Otherwise, skip ahead to Sections II and III.**

    C.    Has Kenneth Feld proven by a preponderance of the evidence that the security guard(s) used reasonable force to prevent harm to themselves or to others, or that the security guard(s) used reasonable force, not intended or likely to cause death or serious bodily harm, to terminate Karen Feld's intrusion upon Kenneth Feld's property (*see* Instruction 26)?

        _____ YES    N|A    _____ NO

## II. FALSE IMPRISONMENT

    A.    Has Karen Feld proven by a preponderance of the evidence that the security guard(s) imprisoned her?

        __X__ YES    _____ NO

    B.    **If you answered "Yes" to Question II.A,** has Kenneth Feld proven by a preponderance of the evidence that any imprisonment of Karen Feld was legally justified (*see* Instruction 29)?

        __X__ YES    _____ NO

## III. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

    A.    Has Karen Feld proven by a preponderance of the evidence that the security guard(s) committed an act(s) toward her that amounted to extreme and outrageous conduct; that they knew or should have known that emotional distress was likely to result from that conduct; and that Karen Feld suffered severe emotional distress as a result?

        _____ YES    __X__ NO

If: you answered "Yes" to Questions I.A or I.B and "No" to Question I.C,

--or--

you answered "Yes" to Question II.A and "No" to Question II.B,

--or--

you answered "Yes" to Question III.A,

then please answer Questions IV.A and IV.B
Otherwise, skip ahead to Section VI.

IV. DIRECT/VICARIOUS LIABILITY

A. Has Karen Feld proven by a preponderance of the evidence that Kenneth Feld is directly liable for an assault, battery, false imprisonment and/or intentional infliction of emotional distress (*see* Instruction 31)?

_____ YES          N\A          _____ NO

B. Has Karen Feld proven by a preponderance of the evidence that Kenneth Feld is vicariously liable for an assault, battery, false imprisonment and/or intentional infliction of emotional distress by the security guard(s) (*see* Instructions 32 through 34)?

_____ YES          N\A          _____ NO

If you answered "Yes" to either Question IV.A or Question IV.B, please continue on to Section V. Otherwise, please skip ahead to Section VI.

3

V. **DAMAGES**

    A. Has Karen Feld proven by a preponderance of the evidence that Kenneth Feld's conduct was the proximate cause of damages to Karen Feld?

        _____ YES         _____ NO    N/A

    B. **If you answered "Yes" to Question V.A**, what amount of damages, if any, do you award?

        $_____    N/A

    C. **If you awarded damages in Question V.B**, has Karen Feld proven by clear and convincing evidence that she is entitled to punitive damages?

        _____ YES         _____ NO    N/A

    D. **If you answered "Yes" to Question V.C**, what amount, if any, do you award as punitive damages against Kenneth Feld?

        $_____    N/A

VI. **TRESPASS**

    A. Has Kenneth Feld proven by a preponderance of the evidence that Karen Feld committed a trespass?

        _____ YES         __X__ NO

        **If you answered "Yes" to Question VI.A, please go on to Section VII. If you answered "No" to Question VI.A, please stop and return this form to the Court.**

VII. **DAMAGES (TRESPASS)**

    A. **If you answered "Yes" to Question VI.A,** do you award nominal damages of one dollar ($1.00) to Kenneth Feld for Karen Feld's trespass?

        _____ YES         \_X\_\_ NO

    B. **If you found that Karen Feld committed a trespass,** has Kenneth Feld proven by clear and convincing evidence that he is entitled to punitive damages?

        _____ YES         \_X\_\_ NO

    C. **If you answered "Yes" to Question VII.B,** what amount, if any, do you award as punitive damages against Karen Feld?

        $ 0.00

 

_____
Foreperson / Juror Number

_____
Date