# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 11-7066**

KAREN FELD,

APPELLANT

v.

KENNETH FELD AND FELD ENTERTAINMENT, INC.,

APPELLEES

———————————————

Consolidated with 11-7072

**September Term, 2011**

FILED ON: JULY 31, 2012

**MANDATE**

———

Appeals from the United States District Court
for the District of Columbia
(No. 1:08-cv-01557)

———

Before: HENDERSON, ROGERS and GRIFFITH, *Circuit Judges*

## J U D G M E N T

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

/s/
Jennifer M. Clark
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____ Deputy Clerk

Date: July 31, 2012

Opinion for the court filed by Circuit Judge Griffith.